UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, NY 11747
(631) 247-0404
    ATTORNEYS OF RECORD:
        ROGER H. BRITON (RB4705)
        KATHRYN J. RUSSO (KR7252)

---------------------------------------------------------------x

ANJALI MALANEY,

                          Plaintiff,

      -against-                      07 CV 8773

EL AL ISRAEL AIRLINES, YOSSI         (Cote, J.)
BENBASSAT, HANNA WOSKOBOINIK,
MICHAEL MAYER, JOHN BALZER, and
HAIM ROMANO,

                          Defendants.

---------------------------------------------------------------x

TO:    ANJALI MALANEY
        *PLAINTIFF PRO SE*
        707 BRITTANY DRIVE
        WAYNE, NEW JERSEY 07470

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT.**

        PLEASE TAKE NOTICE that, upon the Notice to Pro Se Litigant Opposing Motion To Dismiss, Or In The Alternative, For Summary Judgment, dated October 31, 2007; the annexed affidavit of Yossi Benbassat, sworn to on October 30, 2007 and the exhibits annexed thereto; the Memorandum of Law in support of Defendants' Motion To Dismiss The Complaint Or In The Alternative For Summary Judgment, dated October 31, 2007, and all the

pleadings and proceedings heretofore had herein, the undersigned will move this Court, before the Hon. Denise Cote, United States District Judge, Southern District of New York, United States District Courthouse, 500 Pearl Street, New York, New York 10007, on December 4, 2007, (or other date that may be designated by the Court), for an order:

    (1) dismissing the Complaint with prejudice, as against all Defendants, pursuant to Fed. R. Civ. P. 12(b)(6); or,

    (2) in the alternative, granting summary judgment to Defendants pursuant to Fed. R. Civ. P. 56; and,

    (2) for such other and further relief as the Court may deem just and proper.

Dated: Melville, New York
       October 31, 2007

> JACKSON LEWIS LLP
> *Attorneys for Defendants*
> 58 South Service Road, Suite 410
> Melville, New York 11747
> (631) 247-0404
>
> By: /s/ Kathryn J. Russo
> ROGER H. BRITON (RB4705)
> KATHRYN J. RUSSO (KR7252)

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT was served upon Plaintiff, via Federal Express addressed to:

ANJALI MALANEY
*PLAINTIFF PRO SE*
707 BRITTANY DRIVE
WAYNE, NEW JERSEY 07470

*/s/ Kathryn J. Russo*
KATHRYN J. RUSSO (KR7252)

I:\Clients\E\20115_RHB\Malaney\Pleadings\Notice of Motion.doc