UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, NY 11747
(631) 247-0404
    ATTORNEYS OF RECORD:
        ROGER H. BRITON (RB4705)
        KATHRYN J. RUSSO (KR7252)

------------------------------------------------------------x

ANJALI MALANEY,

                Plaintiff,

    -against-                        07 CV 8773

EL AL ISRAEL AIRLINES, YOSSI        (Cote, J.)
BENBASSAT, HANNA WOSKOBOINIK,
MICHAEL MAYER, JOHN BALZER, and
HAIM ROMANO,

                Defendants.

------------------------------------------------------------x

TO:    ANJALI MALANEY
        *PLAINTIFF PRO SE*
        707 BRITTANY DRIVE
        WAYNE, NEW JERSEY 07470

### CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant EL AL ISRAEL AIRLINES hereby certifies that it is a publicly-held company, and that Knafaim Holdings, Ltd. owns 10% or more of its stock.

Knafaim Holdings, Ltd. also is a publicly-held corporation.

Dated: Melville, New York
      October 31, 2007

                                                  Respectfully submitted,

                                                  JACKSON LEWIS LLP
                                                  *ATTORNEYS FOR DEFENDANTS*
                                                  58 South Service Road, Suite 410
                                                  Melville, New York 11747
                                                  (631) 247-0404

                                  By:    */s/ Kathryn J. Russo*
                                                  KATHRYN J. RUSSO (KR7252)

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2007, Defendant's Certificate Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure was served upon Plaintiff, via Federal Express addressed to:

ANJALI MALANEY<br>
*PLAINTIFF PRO SE*<br>
707 BRITTANY DRIVE<br>
WAYNE, NEW JERSEY 07470

_____
KATHRYN J. RUSSO (KR7252)

I:\Clients\E\20115_RHB\Malaney\Pleadings\Rule 7 1 Statement.doc