UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANTS*
58 South Service Road, Suite 410
Melville, NY 11747
(631) 247-0404
    ATTORNEYS OF RECORD:
        ROGER H. BRITON (RB4705)
        KATHRYN J. RUSSO (KR7252)

------------------------------------------------x

ANJALI MALANEY,

                Plaintiff,

    -against-                    07 CV 8773

EL AL ISRAEL AIRLINES, YOSSI      (Cote, J.)
BENBASSAT, HANNA WOSKOBOINIK,
MICHAEL MAYER, JOHN BALZER, and
HAIM ROMANO,

                Defendants.

------------------------------------------------x

TO:  ANJALI MALANEY
      *PLAINTIFF PRO SE*
      707 BRITTANY DRIVE
      WAYNE, NEW JERSEY 07470

### AFFIDAVIT OF HANNA WOSKOBOINIK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT.

STATE OF NEW YORK    )
                            ss.:
COUNTY OF NEW YORK  )

        HANNA WOSKOBOINIK, being duly sworn, deposes and says:

        1.    I am currently employed at Defendant El Al Israel Airlines as the Manager-Administration. I make this Affidavit based on my own personal knowledge. I

submit this Affidavit in support of Defendants' Motion To Dismiss the Complaint, Or In The Alternative, For Summary Judgment.

    2. I never told Plaintiff Anjali Malaney that I was going to contact Air India to advise that airline not to hire her.

    3. I never spoke to anyone at Air India concerning Ms. Malaney.

    4. I do not know anyone who works at Air India.

WHEREFORE, it is respectfully requested that the Court grant Defendants' motion to dismiss the Complaint, or in the alternative, for summary judgment, and dismiss all of Plaintiff's claims, in their entirety.

HANNA WOSKOBOINIK

Sworn to before me on this
30 day of November, 2007

Notary Public

KAREN A. WEBB-THONY
Notary Public, State of New York
No. 61WES190104
Qualified in Kings County
Commission Expires July 24, 2011

2

## CERTIFICATE OF SERVICE

      I hereby certify that on November 30, 2007, the annexed AFFIDAVIT OF HANNA WOSKOBOINIK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, was served upon Plaintiff, via Federal Express addressed to:

ANJALI MALANEY
*PLAINTIFF PRO SE*
707 BRITTANY DRIVE
WAYNE, NEW JERSEY 07470

KATHRYN J. RUSSO (KR7252)

I:\Clients\E\20115_RHB\Malaney\Pleadings\Woskoboinik Aff.doc

3