UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __16__

---

Malaney

-v-

El al Israel Airlines et al

U.S.C.A. # _____

U.S.D.C. # 07-cv-8773

JUDGE: DLC

DATE: Jan. 28, 2008

*U.S. DISTRICT COURT FILED JAN 28 2008 S.D. OF N.Y.*

## INDEX TO THE RECORD ON APPEAL

| | |
|---|---|
| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

**DISTRICT COURT DOCKET ENTRIES** ----------------------------------------

**DOCUMENT DESCRIPTION**                                    **DOC. #**

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

only circled documents included
Balance of file is electronic.

( X ) **Original Record**                    ( ___ ) **Supplemental Record**

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 28th Day of January, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

*Malaney*

-v-

*El Al Israel Airlines et al*

----------------------------------------

U.S.C.A. # _____

U.S.D.C. # 07-cv-8773

JUDGE: DLC

DATE: Jan. 28, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __15__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                    Document Description

_only circled documents are included_

_Balance of file is Electronic_

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 28th Day of January In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
       Deputy Clerk

APPEAL, CLOSED

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:07-cv-08773-DLC**
**Internal Use Only**

Malaney v. Elal Israel Airlines et al
Assigned to: Judge Denise L. Cote
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 10/11/2007
Date Terminated: 01/07/2008
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 10/11/2007 | 1 | COMPLAINT against Elal Israel Airlines, Yossi Benbassai, Hanna Woskoboink, Michael Mayer, John Balzer, Haim Romano. (Filing Fee $ 350.00, Receipt Number 629273) Document filed by Anjali Malaney.(jar) (Entered: 10/15/2007) |
| 10/11/2007 |  | SUMMONS ISSUED as to Elal Israel Airlines, Yossi Benbassai, Hanna Woskoboink, Michael Mayer, John Balzer, Haim Romano. (jar) (Entered: 10/15/2007) |
| 10/11/2007 |  | Magistrate Judge James C. Francis is so designated. (jar) (Entered: 10/15/2007) |
| 10/18/2007 | 2 | SUMMONS RETURNED EXECUTED Summons and Complaint served. Elal Israel Airlines served on 10/15/2007, answer due 11/5/2007; Yossi Benbassai served on 10/15/2007, answer due 11/5/2007; Hanna Woskoboink served on 10/15/2007, answer due 11/5/2007; John Balzer served on 10/15/2007, answer due 11/5/2007. Service was accepted by Personal service upon Yossi Benbassat on behalf of above named defendants. Document filed by Anjali Malaney. (djc) (Entered: 10/30/2007) |
| 10/31/2007 | 3 | FIRST MOTION to Dismiss *the Complaint, or in the Alternative, for Summary Judgment*. Document filed by Elal Israel Airlines, Yossi Benbassai, Hanna Woskoboink, Michael Mayer, John Balzer, Haim Romano.(Russo, Kathryn) (Entered: 10/31/2007) |
| 10/31/2007 | 4 | NOTICE of Notice to Pro Se Litigant Opposing Motion to Dismiss, or in the Alternative, for Summary Judgment re: 3 FIRST MOTION to Dismiss *the Complaint, or in the Alternative, for Summary Judgment*.. Document filed by Elal Israel Airlines, Yossi Benbassai, Hanna Woskoboink, Michael Mayer, John Balzer, Haim Romano. (Russo, Kathryn) (Entered: 10/31/2007) |
| 10/31/2007 | 5 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Knafaim Holdings, Ltd. Corporate Parent. Document filed by Elal Israel Airlines, Yossi Benbassai, Hanna Woskoboink, Michael Mayer, John Balzer, Haim Romano.(Russo, Kathryn) Modified on 11/1/2007 (tro) (Entered: 10/31/2007) |
| 10/31/2007 | 6 | RULE 56.1 STATEMENT. Document filed by Elal Israel Airlines, Yossi Benbassai, Hanna Woskoboink, Michael Mayer, John Balzer, Haim Romano. (Russo, Kathryn) (Entered: 10/31/2007) |
| 10/31/2007 | 7 | MEMORANDUM OF LAW in Support re: 3 FIRST MOTION to Dismiss *the Complaint, or in the Alternative, for Summary Judgment*.. Document filed by Elal Israel Airlines, Yossi Benbassai, Hanna Woskoboink, Michael Mayer, John Balzer, Haim Romano. (Russo, Kathryn) (Entered: 10/31/2007) |
| 10/31/2007 | 8 | AFFIDAVIT of Yossi Benbassat in Support re: 3 FIRST MOTION to Dismiss *the Complaint, or in the Alternative, for Summary Judgment*.. Document filed by Elal Israel Airlines, Yossi Benbassai, Hanna Woskoboink, Michael Mayer, John Balzer, Haim Romano. (Attachments: # 1 Exhibit Exhibit A to Yossi Benbassat Affidavit# 2 Exhibit Exhs B-F to Yossi Benbassat Aff)(Russo, Kathryn) (Entered: 10/31/2007) |
| 11/02/2007 | 9 | AFFIDAVIT OF SERVICE of Summons and Complaint. Service was accepted by personal service. Document filed by Anjali Malaney. (djc) (Entered: 11/08/2007) |
| 11/26/2007 | 10 | AFFIRMATION of Anjali M. Malaney in Opposition re: 3 FIRST MOTION to Dismiss the Complaint, or in the Alternative, for Summary Judgment Document filed by Anjali Malaney. (djc) (Entered: 11/30/2007) |
| 11/30/2007 | 11 | REPLY MEMORANDUM OF LAW in Support re: 3 FIRST MOTION to Dismiss *the Complaint, or in the Alternative, for Summary Judgment*.. Document filed by Elal Israel Airlines, Yossi Benbassai, Hanna Woskoboink, Michael Mayer, John Balzer, Haim Romano. (Russo, Kathryn) (Entered: 11/30/2007) |
| 11/30/2007 | 12 | AFFIDAVIT of Hanna Woskoboinik in Support re: 3 FIRST MOTION to Dismiss *the Complaint, or in the Alternative, for Summary Judgment*.. Document filed by Elal Israel Airlines, Yossi Benbassai, Hanna Woskoboink, Michael Mayer, John Balzer, Haim Romano. (Russo, Kathryn) (Entered: 11/30/2007) |
| 01/04/2008 | 13 | OPINION AND ORDER granting 3 Motion to Dismiss, which is converted into a motion for summary judgment. (Signed by Judge Denise L. Cote on 1/4/08) (cd) (Entered: 01/07/2008) |
| 01/04/2008 |  | Transmission to Judgments and Orders Clerk. Transmitted re: 13 Order on Motion to Dismiss, to the Judgments and Orders Clerk. (cd) (Entered: 01/07/2008) |
| 01/07/2008 | 14 | CLERK'S JUDGMENT That for the reasons stated in the Court's Opinion and Order dated January 4, 2008, defendants October 31, 2007 motion to dismiss is converted into a motion for summary judgment and the motion for summary judgment is granted. (Signed by J. Michael McMahon, clerk on 1/7/08) (ml) (Entered: 01/07/2008) |

| | | |
|---|---|---|
| 01/17/2008 | | Mailed notice of Right to Appeal re: 14 Clerk's Judgment, to Attorney(s) of Record: Kathryn J. Russo. (Martinez, Adelaida) (Entered: 01/22/2008) |
| 01/24/2008 | 15 | NOTICE OF APPEAL from 13 Order on Motion to Dismiss, 14 Clerk's Judgment. Document filed by Anjali Malaney. Filing fee $ 455.00, receipt number E 639066. Copies mailed to attorney(s) of record: Jackson Lewis, L.L.P.(tp) (Entered: 01/28/2008) |
| 01/28/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 15 Notice of Appeal. (tp) (Entered: 01/28/2008) |
| 01/28/2008 | | Transmission of Notice of Appeal to the District Judge re: 15 Notice of Appeal. (tp) (Entered: 01/28/2008) |